IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-889 JJF |
| PROMEGA CORPORATION, | : |
| Defendant, | : |
| v. | : |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | : |
| Third Party Defendant. | : |

**O R D E R**

At Wilmington, this 8 day of March 2005, for the reasons discussed in the Opinion issued this date;

IT IS HEREBY ORDERED that the Motion For Preliminary Injunction (D.I. 26) filed by Defendant Promega Corporation is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE