IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD., an Australian corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>PROMEGA CORPORATION, a Wisconsin corporation,<br><br>          Defendant,<br><br>    v.<br><br>COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION; and AMBION, INC., a Delaware corporation,<br><br>          Third Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 04-889-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF KEVIN M. BAIRD AS
COUNSEL FOR PLAINTIFF BENITEC AUSTRALIA LTD.**

PLEASE TAKE NOTICE that, pursuant to D. Del. LR. 83.7, Kevin M. Baird, Esq. withdraws from its representation of Benitec Australia Ltd. in this action. Benitec Australia Ltd. continues to be represented in this action by John W. Shaw and the law firm of Young Conaway Stargatt & Taylor, LLP, as well as by the law firm of Morrison & Foerster LLP.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (#3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

2

MORRISON & FOERSTER LLP
Barry E. Bretschneider
John P. Corrado
Charles C. Carson
1650 Tysons Boulevard, Suite 300
McLean, Virginia  22102
(703) 760-7700

*Attorneys for Benitec Australia Ltd.*

Dated:  April 13, 2004

## CERTIFICATE OF SERVICE

I, John W. Shaw hereby certify that on April 13, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Michael F. Bonkowski, Esquire
>Saul Ewing LLP
>222 Delaware Avenue, Suite 1200
>P.O. Box 1266
>Wilmington, DE 19899

I further certify that on April 13, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Grant C. Killoran, Esquire
>Michael Best & Friedrich, LLP
>100 East Wisconsin Avenue, #3300
>Milwaukee, WI 53202

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Attorneys for Benitec Australia Ltd.

WP3:1102899.1                                62922.1002