IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-889-JJF |
| PROMEGA CORPORATION, | ) |
| Defendant and Third-Party Plaintiff, | ) |
| v. | ) |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, and AMBION, INC., | ) |
| Third-Party Defendants. | ) |

## NOTICE OF WITHDRAWAL OF THE LAW FIRM OF MORRISON & FOERSTER LLP

PLEASE TAKE NOTICE that, pursuant to D. Del. LR. 83.7, the law firm of Morrison & Foerster LLP hereby withdraws from its representation of Third-Party Defendant Commonwealth Scientific and Industrial Research Organisation ("CSIRO"). CSIRO continues to be represented by the law firm of Young Conaway Stargatt & Taylor, LLP as well as by the law firm of Rothwell, Figg, Ernst & Manbeck, P.C.

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Commonwealth Scientific and Industrial Research Organisation*

Dated: May 5, 2005

## CERTIFICATE OF SERVICE

I, Karen E. Keller hereby certify that on May 5, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Michael F. Bonkowski, Esquire
>Saul Ewing LLP
>222 Delaware Avenue, Suite 1200
>P.O. Box 1266
>Wilmington, DE  19899

I further certify that on May 5, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Grant C. Killoran, Esquire
>Michael Best & Friedrich, LLP
>100 East Wisconsin Avenue, #3300
>Milwaukee, WI  53202

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Benitec Australia Ltd.

WP3:1102899.1                                                                 62922.1002