IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-889-JJF |
| ) | |
| PROMEGA CORPORATION, ) | |
| ) | |
| Defendant and ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| COMMONWEALTH SCIENTIFIC AND ) | |
| INDUSTRIAL RESEARCH ) | |
| ORGANISATION, and AMBION, INC., ) | |
| ) | |
| Third-Party Defendants. ) | |

### STIPULATION AND ORDER

The Parties, by and through their undersigned attorneys, and subject to the approval of the Court, hereby stipulate and agree to extend the deadline for the exchange and completion of interrogatories, identification of all fact witnesses and document production, which was originally set to be complete on June 1, 2005, through and including July 1, 2005 due to the

mediation that is currently scheduled for June 15, 2005.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SAUL EWING LLP |
|---|---|
| /s/ Karen E. Keller<br>John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>(302) 571-6600<br>kkeller@ycst.com | /s/ Michael F. Bonkowski<br>Michael F. Bonkowski (#2219)<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>(302) 421-6863<br>mbonkowski@saul.com |

SO ORDERED, this _____ day of _____, 2005.

_____
United States District Judge