IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD., an Australian corporation, <br><br> Plaintiff, <br><br> v. <br><br> PROMEGA CORPORATION, a Wisconsin corporation, <br><br> Defendant, <br><br> v. <br><br> COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION; and AMBION, INC., a Delaware corporation, <br><br> Third Party Defendants. | Civil Action No. 04-889-JJF |

## NOTICE OF SERVICE

The undersigned, counsel for Benitec Australia Ltd., hereby certify that copies of (1) Benitec Australia Ltd.'s First Set of Requests for Admissions to Promega Corporation; (2) Benitec Australia Ltd.'s First Set of Interrogatories to Promega Corporation; and (3) Benitec Australia Ltd.'s First Set of Requests for Production of Documents and Things to Promega Corporation were caused to be served on June 1, 2005 upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

Michael F. Bonkowski, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

WP3:1117522.1                                                                                                        62922.1002

**BY FEDERAL EXPRESS**

    Grant C. Killoran, Esquire
    Michael Best & Friedrich, LLP
    100 East Wisconsin Avenue, #3300
    Milwaukee, WI 53202

The undersigned, further certifies that copies of this Notice were caused to be served on June 1, 2005, in the manner indicated, upon the following counsel of record:

**BY HAND DELIVERY**

    Michael F. Bonkowski, Esquire
    Saul Ewing LLP
    222 Delaware Avenue, Suite 1200
    P.O. Box 1266
    Wilmington, DE 19899

**BY FEDERAL EXPRESS**

    Grant C. Killoran, Esquire
    Michael Best & Friedrich, LLP
    100 East Wisconsin Avenue, #3300
    Milwaukee, WI 53202

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Karen E. Keller*
        John W. Shaw (No. 3362)
        Karen E. Keller (No. 4489)
        The Brandywine Building, 17th Floor
        1000 West Street
        Wilmington, DE 19801
        (302) 571 6600
        kkeller@ycst.com

        Attorneys for Benitec Australia Ltd.

Of Counsel:

John P. Corrado
Barry E. Bretschneider
Morrison & Foerster LLP
1650 Tysons Boulevard, Suite 300
McLean, Virginia 22102
(703) 760-7700

Dated: June 1, 2005