IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORIGINAL

| | |
|---|---|
| BENITEC AUSTRALIA LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-889-JJF |
| ) | |
| PROMEGA CORPORATION, ) | |
| ) | |
| Defendant and ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| COMMONWEALTH SCIENTIFIC AND ) | |
| INDUSTRIAL RESEARCH ) | |
| ORGANISATION, and AMBION, INC., ) | |
| ) | |
| Third-Party Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Ambion, Inc., caused copies of (i) Ambion, Inc.'s Responses to Promega's First Set of Discovery Requests, and (ii) this Notice of Service to be served on June 29, 2005, upon the following counsel of record in the manner indicated:

### BY HAND DELIVERY & CM/ECF

Michael F. Bonkowski
Saul Ewing LLP
222 Delaware Ave #1200
P.O. Box 1266
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Grant C. Killoran
Mary C. Turke
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | */s/ Glenn C. Mandalas* |
| OF COUNSEL: | John W. Shaw (No. 3362) |
|  | Glenn C. Mandalas (No. 4432) |
| John P. Corrado | The Brandywine Building, 17th Floor |
| MORRISON & FOERSTER LLP | 1000 West Street |
| 1650 Tysons Boulevard, Suite 300 | P.O. Box 391 |
| Mclean, Virginia 22102 | Wilmington, Delaware 19801 |
| (703) 760-7700 | (302) 571-6600 |
|  | gmandalas@ycst.com |
|  | *Attorneys for Third Party Defendant Ambion, Inc.* |