IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BENITEC AUSTRALIA LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-889-JJF |
| | ) | |
| PROMEGA CORPORATION, | ) | |
| | ) | |
| Defendant and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMONWEALTH SCIENTIFIC AND | ) | |
| INDUSTRIAL RESEARCH | ) | |
| ORGANISATION, and AMBION, INC., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Benitec Australia Ltd., caused copies of Benitec Australia Ltd.'s Responses to Promega's First Set of Discovery Requests to be served on June 29, 2005, upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Michael F. Bonkowski
Saul Ewing LLP
222 Delaware Ave #1200
P.O. Box 1266
Wilmington, DE 19899

**BY E-MAIL**

Grant C. Killoran
Mary C. Turke
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202

PLEASE TAKE FURTHER NOTICE that on June 29, 2005, I caused copies of this Notice of Service to be served upon the above-listed counsel of record in the manner there indicated and by CM/ECF.

OF COUNSEL:

John P. Corrado
MORRISON & FOERSTER LLP
1650 Tysons Boulevard, Suite 300
Mclean, Virginia 22102
(703) 760-7700

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Third Party Defendant Ambion, Inc.*

WP3:1126313.1

62922.1002