IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD., | : |
| : | Civil Action No. 04-889 |
| Plaintiff, : | |
| : | |
| v. : | **JURY TRIAL DEMANDED** |
| : | |
| PROMEGA CORPORATION, : | |
| : | |
| Defendant and Third-Party : | |
| Plaintiff, | |
| v. : | |
| : | |
| AMBION, INC., and : | |
| COMMONWEALTH SCIENTIFIC AND : | |
| INDUSTRIAL RESEARCH : | |
| ORGANISATION, : | |
| : | |
| Third-Party Defendants. : | |

## NOTICE OF SERVICE

I, Kimberly L. Gattuso, counsel for Promega Corporation, hereby certify that on July 1, 2005, copies of (1) Promega Corporation's Response To Benitec Australia Ltd's First Set Of Interrogatories To Promega Corporation; (2) Promega Corporation's Response To Benitec Australia Ltd's First Set Of Requests For Admissions To Promega Corporation; (3) Promega Corporation's Response to Benitec Australia Ltd.'s First Set of Requests for Production of Documents and Things to Promega Corporation; and (4) Promega Corporation's Disclosure Of Fact Witnesses were served by facsimile upon the following counsel:

John W. Shaw
YOUNG, CONOWAY, STARGATT & TAYLOR, LLP
The Brandywine Bldg
17th Floor; 100 West Street
Wilmington, DE 19801
(302) 571-6600
FAX: (302) 576-3334
*Counsel for Benitec Australia, Ltd. & Third Party Defendant Ambion, Inc.*

524560.1 7/27/05

-2-

John P. Corrado
MORRISON & FOERSTER LLP
1650 Tyson's Boulevard, Suite 300
McLean, VA 221202
(703) 760-7700
FAX: (703) 760-7777
*Formerly Counsel for Benitec Australia, Ltd.*

E. Anthony Figg
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005
(202) 783-6040
Fax: (202) 783-6031
*Counsel for Commonwealth Scientific and Industrial Research Organisation*

I also certify that I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filings to registered participants. I further certify that on July 27, 2005, I have mailed the document by U.S. First Class Mail to the following counsel:

John W. Shaw
YOUNG, CONOWAY, STARGATT & TAYLOR, LLP
The Brandywine Bldg
17th Floor; 100 West Street
Wilmington, DE 19801
(302) 571-6600
*Counsel for Benitec Australia, Ltd. & Third Party Defendant Ambion, Inc.*

Richard Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6496
*Counsel for Benitec Australia, Ltd.*

E. Anthony Figg
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005
(202) 783-6040
*Counsel for Commonwealth Scientific and Industrial Research Organisation*

Dated this 27th day of July, 2005.

                                            **SAUL EWING LLP**

                                            */s/ Kimberly L. Gattuso*

                                            Michael F. Bonkowski (No. 2219)
                                            Kimberly L. Gattuso (No. 3733)
                                            222 Delaware Avenue
                                            Suite 1200
                                            P.O. Box 1266
                                            Wilmington, DE 19899-1266
                                            (302) 421-6800
                                            mbonkowski@saul.com
                                            kgattuso@saul.com

                                            Attorney for Defendant and Third Party
                                            Plaintiff, Promega Corporation

**CO- COUNSEL:**
Grant C. Killoran
Mary C. Turke
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, Wisconsin 53202-4108
(414) 271-6560