IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD., | : |
| | :    Civil Action No. 04-889 |
|     Plaintiff, | : |
| | : |
| v. | :    **JURY TRIAL DEMANDED** |
| | : |
| PROMEGA CORPORATION, | : |
| | : |
|     Defendant and Third-Party Plaintiff, | : |
| v. | : |
| | : |
| AMBION, INC., and COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | : |
| | : |
|     Third-Party Defendants. | : |

## STIPULATION AND ORDER

The parties, by and through their undersigned attorneys, and subject to the approval of the Court, hereby stipulate and agree to amend the Scheduling Order dated February 3, 2005 and as modified on May 31, 2005 as follows:

4. Discovery.

(d) Depositions of lay witnesses shall be completed by **September 16, 2005.**

(e) Plaintiff shall identify experts upon which it intends to rely in support of its claims by **September 16, 2005**. Defendant shall identify experts upon which it intends to rely in support of its defenses and counterclaims by **September 26, 2005**. Plaintiff and Third Party Defendants will then have until **October 6, 2005** to identify experts upon which they intend to rely in response to Defendant's defenses and counterclaims.

(f) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) and as identified

pursuant to ¶ 4(e) above are due by **November 3, 2005**. Rebuttal expert reports are due by **December 1, 2005**.

(g) Depositions of experts shall be completed by December 23, 2005.

**7. Case Dispositive Motions.**

Any case dispositive motions shall be served and filed with opening briefs on or before **January 18, 2006**.

[SIGNATURE PAGES FOLLOW]

Dated this \_\_\_\_\_ day of August, 2005.

**PATTON BOGGS LLP**

_____
Richard J. Opatil (# )
2550 M Street, NW
Washington, DC 20037
(202) 457-6496 (phone)
roparil@PattonBoggs.com

Counsel for Plaintiff Benitec Ltd. and Third Party Defendant Ambion, Inc.

Dated this 9th day of August, 2005.

**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

*/s/ E. Anthony Figg*

E. Anthony Figg
Glenn E. Karta
1425 K. Street, N.W., #800
Washington, D.C. 20005
(202) 783-6040

and

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

John W. Shaw
Glenn C. Mandalas
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

Counsel for Commonwealth Scientific and Industrial Research Organisation

Dated this 9th day of August, 2005.

**MICHAEL BEST & FRIEDRICH LLP**

*/s/ Mary C. Turke*

---

Grant C. Killoran
Mary C. Turke
100 East Wisconsin Avenue, #3300
Milwaukee, WI 53202-4108
(414) 271-6560 (phone)
gckilloran@michaelbest.com
mcturke@michael.best.com

and

**SAUL EWING LLP**

Michael F. Bonkowski (#2219)
222 Delaware Avenue, #1200
Wilmington, DE 19801
(302) 421-6863
mbonkowski@saul.com

Counsel for Defendant and Third-Party Plaintiff Promega Corporation

SO ORDERED, this _____ day of _____, 2005.

---

The Honorable Joseph J. Farnan, Jr.
United States District Judge

Q:\client\016026\0111\B0602941.1