## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD., | : |
| | : Civil Action No. 04-889 |
| Plaintiff, | : |
| | : |
| v. | : **JURY TRIAL DEMANDED** |
| | : |
| PROMEGA CORPORATION, | : |
| | : |
| Defendant and Third-Party Plaintiff, | : |
| v. | : |
| | : |
| AMBION, INC., and COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | : |
| | : |
| Third-Party Defendants. | : |

### STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Third Party Plaintiff Promega Corporation ("Promega") and Third-Party Defendant Ambion, Inc. ("Ambion") (together, the "Parties") that pursuant to Fed. R. Civ. P. 41(a) and (c) and a settlement agreement between the Parties this third-party action shall be dismissed with prejudice and without costs to either Party. By this Stipulation, the Parties respectfully request dismissal of this action with prejudice.

Dated this 24TH day of August, 2005

**AMBION, INC.**

**PATTON BOGGS LLP**

By: /s/ Richard J. Oparil
Richard J. Oparil
2550 M Street, NW
Washington, DC 20037
(202) 457-6496 (phone)
roparil@PattonBoggs.com

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

By: /s/ John W. Shaw
John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com

Dated this 29th day of August, 2005

**PROMEGA CORPORATION**

**MICHAEL BEST & FRIEDRICH LLP**

By: _____
Grant C. Killoran
Mary C. Turke
100 East Wisconsin Ave. #3300
Milwaukee, WI 53202-4108
gckilloran@michaelbest.com

**SAUL EWING LLP**

By: /s/ Michael F. Bonkowski
Michael F. Bonkowski (#2219)
222 Delaware Avenue, #1200
Wilmington, DE 19801
(302) 421-6863
mbonkowski@saul.com

### ORDER

IT IS ORDERED, pursuant to the above Stipulation, that the above-captioned action is hereby dismissed with prejudice and without costs to any party.

Dated this _____ day of _____, 2005.

BY THE COURT:

_____
The Honorable Joseph J. Farnan

| | |
|---|---|
| Dated this ____ day of August, 2005 | Dated this 24th day of August, 2005 |
| **AMBION, INC.** | **PROMEGA CORPORATION** |
| **PATTON BOGGS LLP** | **MICHAEL BEST & FRIEDRICH LLP** |

By: _____
    Richard J. Oparil
    2550 M Street, NW
    Washington, DC 20037
    (202) 457-6496 (phone)
    roparil@PattonBoggs.com

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

By: _____
    John W. Shaw (No. 3362
    The Brandywine Building, 17th Floor
    1000 West Street
    Wilmington, DE 19801
    (302) 571-6600
    jshaw@ycst.com

By: /s/ Mary C. Turke
    Grant C. Killoran
    Mary C. Turke
    100 East Wisconsin Ave. #3300
    Milwaukee, WI 53202-4108
    gckilloran@michaelbest.com

**SAUL EWING LLP**

By: _____
    Michael F. Bonkowski (#2219)
    222 Delaware Avenue, #1200
    Wilmington, DE 19801
    (302) 421-6863
    mbonkowski@saul.com

## ORDER

IT IS ORDERED, pursuant to the above Stipulation, that the above-captioned action is hereby dismissed with prejudice and without costs to any party.

Dated this ____ day of _____, 2005.

BY THE COURT:

_____
The Honorable Joseph J. Farnan