CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00889-JJF
### Internal Use Only

| | |
|---|---|
| Benitec Australia, et al v. Promega Corporation | Date Filed: 07/22/2004 |
| Assigned to: Honorable Joseph J. Farnan, Jr. | Jury Demand: Both |
| Demand: $0 | Nature of Suit: 190 Contract: Other |
| Cause: 28:2201 Declaratory Judgment | Jurisdiction: Diversity |

**Plaintiff**

**Benitec Australia LTD.**  represented by **John W. Shaw**
*an Australian corporation*  
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: jshaw@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Promega Corporation**  represented by **Michael F. Bonkowski**
*a Wisconsin corporation*  
Saul Ewing LLP
222 Delaware Ave #1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800
Email: mbonkowski@saul.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Promega Corporation**  represented by **Michael F. Bonkowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**Commonwealth Scientific**  represented by **John W. Shaw**
(See above for address)

                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Ambion Inc.**    represented by   **John W. Shaw**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Promega Corporation**    represented by   **Michael F. Bonkowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Benitec Australia LTD.**    represented by   **John W. Shaw**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

    **Kevin M. Baird**
Womble Carlyle Sandridge & Rice
222 Delaware Avenue
Suite 1500
Wilmington, DE 19801
302-252-4324
Email: kbaird@wcsr.com
*TERMINATED: 04/13/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 136527 (els) (Entered: 07/23/2004) |
| 07/22/2004 | 2 | Disclosure Statement pursuant to Rule 7.1 by Benitec Australia (els) (Entered: 07/23/2004) |
| 07/22/2004 | | DEMAND for jury trial by Benitec Australia (els) (Entered: 07/28/2004) |
| 07/22/2004 | | No summons issued. (els) (Entered: 07/28/2004) |
| 07/28/2004 | 3 | CASE assigned to Judge Joseph J. Farnan Jr. . Notice to all parties. (rjb) (Entered: 07/28/2004) |
| 08/25/2004 | 6 | NOTICE of Lawsuit and Request for Waiver of Service of Summons by Promega Corporation to Commonwealth Scientific and Industrial |

| | | |
|---|---|---|
| 12/17/2004 | 50 | (Corrected DI #39) Declaration of Laura Francis, M.B.A. Filed by Promega Corporation Appending [38-1] reply brief (afb) (Entered: 12/21/2004) |
| 12/17/2004 | 51 | (Corrected DI #41) Declaration of Grant C. Killoran Filed by Promega Corporation Appending [38-1] reply brief (afb) (Entered: 12/21/2004) |
| 12/17/2004 | 52 | (Corrected DI #52) Second Declaration of Richard Schifreen, Ph.D. Filed by Promega Corporation Appending [43-1] appendix brief (afb) Modified on 12/21/2004 (Entered: 12/21/2004) |
| 12/17/2004 | 53 | (Corrected DI #45) Third Declaration of Richard Schifreen, Ph.D. Filed by Promega Corporation Appending [45-1] appendix brief (SEALED) (afb) (Entered: 12/21/2004) |
| 01/10/2005 | 54 | LETTER to Cnsl. from the Court requesting that cnsl. submit to the Court a Pro. Pretrial Sched. Order by 01/24/05. (afb) (Entered: 01/12/2005) |
| 01/24/2005 | 55 | LETTER to the Court from Kevin Baird, Esq. re: encl. prod. sched. order from the parties'. (afb) (Entered: 01/27/2005) |
| 02/03/2005 | 56 | SCHEDULING ORDER setting Pre-Discovery ddl. to 02/07/05; Joining of parties ddl. to 02/07/05; amending of pleadings on 6/1/05 ; Discovery cutoff 6/1/05, reports from retained experts from pltf. by 09/22/05, rebuttal expert rpts. ddl. 10/20/05 ; Deadline for filing dispositive motions 12/20/05; Pretrial and Trial dates tbd; this matter is referred to Mag. Judge Thynge for the purpose of exploring the possiblity of a stlmt. ( signed by Judge Joseph J. Farnan Jr. ) copies to: cnsl. (afb) Modified on 02/09/2005 (Entered: 02/04/2005) |
| 02/04/2005 | | Deadline updated; set Jury Trial for 9:00 a.m. on 4/25/06 , set Pretrial Conference for 12:00 p.m. on 2/16/06 per calendar ntc. (afb) Modified on 02/09/2005 (Entered: 02/07/2005) |
| 02/07/2005 | 58 | ORDER, set Pretrial Conference for 12:00 p.m. on 2/16/06 , set Jury Trial for 9:00 a.m. on 4/24/06 ( signed by Judge Joseph J. Farnan Jr. ) copies to: cnsl. (afb) (Entered: 02/09/2005) |
| 02/07/2005 | 59 | MEMORANDUM ORDER ( signed by Judge Joseph J. Farnan Jr. ) re: Court's procedure for filing summary jgm. motions. copies to: cnsl. (afb) (Entered: 02/09/2005) |
| 02/08/2005 | 57 | ORDER, set Telephone Conference for 9:30 3/16/05 ( signed by Judge Mary P. Thynge ) copies to: cnsl (bad) (Entered: 02/09/2005) |
| 02/11/2005 | 60 | NOTICE OF SERVICE of Initial Disclosures by Commonwealth Scientific, Ambion Inc., Benitec Australia LTD.(afb, ) (Entered: 02/14/2005) |
| 03/08/2005 | 61 | OPINION. Signed by Judge Joseph J. Farnan, Jr. on 03/08/05. (afb, ) (Entered: 03/09/2005) |
| 03/08/2005 | 62 | ORDER denying Promega's [26] Motion for Preliminary Injunction . Signed by Judge Joseph J. Farnan, Jr. on 03/08/05. (afb, ) (Entered: |